| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Christopher Benjamin Eckblad |
| Debtor 2 (Spouse, if filing) | Christine Marie Eckblad fka Christine Marie Hecht |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin |
| Case Number | 19-27259 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4245

**Court claim no.** (if known): 16

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2021

**New total payment:** $ 1805.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjusted

**1. Will there be a change in the debtor's escrow account payment?**

[X] No
[ ] Yes. Attach a copy of the escrow statement in a form prepared consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjusted

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[ ] No
[X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: 4.250 %    New interest rate: 2.875 %
Current principal and interest payment: $ 1295.28    New principal and interest payment: $ 1172.13

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No
[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Christopher Benjamin Eckblad | | Case number *(if known)* | 19-27259 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/  Christopher K. Baxter          Date  03/31/2021

Print: Christopher K. Baxter          Title: Authorized Agent for Creditor
       First Name   Middle Name   Last Name

Company: Marinosci Law Group, P.C.

Address: 14643 Dallas Parkway, Suite 750
         Number       Street
         Dallas, Texas 75240
         City           State        ZIP Code

Contact phone: 401-234-9200          Email: BKinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

       I, hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on March 31, 2021.

Christine Marie Eckblad
10009 West Meinecke Avenue
Wauwatosa, WI 53226
Christopher Benjamin Eckblad
10009 West Meinecke Avenue
Wauwatosa, WI 53226

Marinosci Law Group, P.C.
*/s/ Christopher K. Baxter*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR



**323 5TH STREET (95501)**
P.O. BOX 35
**EUREKA, CA 95502**
**800-603-0836**
**FAX (707) 443-1562**
**8:00 a.m. - 5:00 p.m. PST**
**Main Office NMLS #5985**
**Branch Office NMLS #9785**

March 11, 2021

CHRISTINE ECKBLAD
10009 W. MEINECKE AVE.
WAUWATOSA, WI 53226

**Para información en español llame al (800) 603-0836 ext 2643 o ext 2660**

*YOU ARE HEREBY NOTIFIED THAT SN SERVICINGCORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

Loan ID: ██████████
PROPERTY ADDRESS: 10009 W. MEINECKE AVE. WAUWATOSA, WI 53226

## NOTICE OF NEW PAYMENT ADJUSTMENT

SN Servicing has performed a review on your loan and in accordance with the terms of your Original ARM Note, your recent ARM Adjustment Notice dated APRIL 01, 2021 has changed.

Effective with the MAY 01, 2021 payment, your new principal & interest payment is $1172.13 and the interest rate is 2.875% which is based on an amortizing UPB of $180,220.95 over 192 months and will continue to adjust in accordance with the terms of the Original ARM Note.

Please continue to mail your payments as specified in your billing statement. If you have any questions about this notice, you can contact us at the number below.

SN Servicing Corporation
Toll Free: (800) 603-0836